UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDWIN FERNANDEZ,

        Plaintiff,

  - against -

VICKY TURETSKY, et al.,

        Defendants.
----------------------------------------------------------X

**RECUSAL ORDER**
12-CV-4092 (RRM)(MDG)

Roslynn R. Mauskopf, United States District Judge.

    Plaintiff pro se Edwin Fernandez brings this action, pursuant to 42 U.S.C. § 1983, alleging that defendants (city, state, and federal officials) violated his Constitutional rights when they seized his property as a result of his nonpayment of child support. The United States Attorney for this District represents defendants Vicky Turetsky, Commissioner of the U.S. Department of Health and Human Services, Office of Child Support Enforcement; and Joyce A. Thomas, Regional Administrator Region II (New York), U.S. Department of Health and Human Services, Office of Child Support Enforcement.

    In 2004, plaintiff brought an action in this Court alleging discrimination against the Department of Homeland Security, plaintiff's employer both then and now. *See Fernandez v. Ridge et al.*, 04-CV-1899 (JG) (LB). The undersigned was the United States Attorney responsible for defending the action on behalf of all defendants.

    The instant action is in its earliest stages. However, given the nature of the allegations, which date back to 2000, it is likely that if this action were to proceed, issues directly related to plaintiff's employment to which the undersigned is privy as a result of her prior representation of plaintiff's employer will arise. Thus, out of an abundance of caution, the undersigned will recuse

1

from this action, and directs the Clerk of Court to randomly re-assign this matter to another judge. All requests to file motions shall be made pursuant to the Individual Motion Practices and Rules of the newly-assigned judge.

The Clerk of Court shall randomly re-assign this action to another judge, and once done, mail a copy this Order and the docket sheet reflecting the re-assignment to plaintiff.

SO ORDERED.

Dated: Brooklyn, New York
      March 17, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge